# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

August 14, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  Matthew Herrick
           v. Grindr LLC, et al.
           No. 19-192
           (Your No. 18-396)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on August 7, 2019 and placed on the docket August 14, 2019 as No. 19-192.

                                Sincerely,

                                **Scott S. Harris**, Clerk

                                by

                                Clayton Higgins
                                Case Analyst